DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                  ) No. 11-10470 AJ
                                                       )
                                                       ) Chapter 7
PATRICIA FRANCES HYNES,                                )
                                                       )
                    Debtor.                            )
                                                       )
_____                         )
                                                       )

### ACTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER
### FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS

August B. Landis, Acting United States Trustee for Region 17, moves *ex parte* for an order

directing Patricia Frances Hynes, the debtor in the above-captioned case, to produce certain documents

and to submit for an examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure and, in

support, states:

1.      Debtor filed her voluntary petition for chapter 7 relief on February 11, 2011. Debtor's

section 341 meeting of creditors was held and concluded on March 15, 2011.

2.      The U.S. Trustee requests that the debtors be ordered to produce copies or originals of the

 following documents to the attention of the undersigned at the Office of the United States Trustee at 235

Pine Street, Suite 700, San Francisco, CA 94104, so as to be **received** by or before **April 20, 2011**:

- •      Federal income tax returns, along with supporting schedules, for 2009 and, 2010 if
         prepared;

- •      Statements for all checking accounts, savings, investment, retirement, and other accounts
         or time deposits for which Debtor has signature authority  (include check registers **and**
         canceled checks or write-thru copies) - for the period **January 1, 2010 to the present**;

         Schedule F debt is only $3,600.  Please explain why Debtor filed bankruptcy.

Case: 11-10470   Doc# 15   Filed: 04/05/11   Entered: 04/05/11 08:33:33   Page 1 of 2

1    •    Evidence (documents and receipts) for expenses claimed on Schedule J:
             •    Line 1 - "Rent/Mortgage" expense of $2,200
2            •    Line 12 - "Taxes" expense of $500
             •    Line 13 - "Installments" expense of $340 and $2,406
3            •    Line 17 - "Other" expense of $400.

4    3.    The U.S. Trustee further requests that **Patricia Francs Hynes**, be ordered to appear for

5    and submit to an examination under Rule 2004 on **April 26, 2011 at 10:00 a.m.,** at the Office of the

6    United States Trustee at 235 Pine Street, Suite 700, San Francisco, California.   The UST requests that

7    examination take place in San Francisco as the assigned UST attorney Patricia Cutler is currently under

8    going medical treatment and is unable to make the trip to Santa Rosa.   Both the Debtor and Debtor's

9    Counsel are in San Rafael which is closer to San Francisco than Santa Rosa.

10        WHEREFORE, the U.S. Trustee requests entry of an order requiring the debtor to produce the

11   aforementioned documents and to appear for and submit to examination under Rule 2004 as requested

12   above

13   Dated: April 5, 2011                              Respectfully submitted,
                                                       August B. Landis,
14                                                     Acting United States Trustee

15                                                     By:  */s/ Patricia A. Cutler*
                                                         Patricia A. Cutler
16                                                       Attorney for the U.S. Trustee

17

18

19

20

21

22

23

24

25

26

27

28

ACTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION
AND TO PRODUCE DOCUMENTS: 11-10470                                                    - 2 -